UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-14320-MARTINEZ/MAYNARD

DAVID POSCHMANN,

    Plaintiff,

v.

ESPANOLA WAY ASSOCIATES, LTD,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

The parties hereto, through counsel, hereby inform the Court that the parties have reached a settlement agreement in this action and are in the process of finalizing and executing a written agreement.

Respectfully submitted this 11th day of October, 2018.

| | |
|---|---|
| s/Drew Levitt | s/Margaret H. Mevers |
| Drew M. Levitt, Esq. | Margaret H. Mevers, Esq. |
| Florida Bar No. 782246 | Florida Bar No. 726184 |
| DML2@bellsouth.net | MHM@lydeckerdiaz.com |
| Lee D. Sarkin, Esq. | LYDECKER/DIAZ |
| Florida Bar No. 962848 | 1221 Brickell Avenue, 19th Floor |
| Lsarkin@aol.com | Miami, Florida 33131 |
| 4700 N.W. Boca Raton Boulevard | Telephone (305) 416-3180 |
| Suite 302 | Attorneys for Defendant |
| Boca Raton, Florida 33431 | |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | |