UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-14320-MARTINEZ/MAYNARD

DAVID POSCHMANN,

    Plaintiff,

v.

ESPANOLA WAY ASSOCIATES, LTD,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs except as otherwise agreed.

Dated: November 8, 2019

| | |
|---|---|
| s/Drew Levitt | s/Margaret H. Mevers |
| Drew M. Levitt, Esq. | Margaret H. Mevers, Esq. |
| Florida Bar No. 782246 | Florida Bar No. 726184 |
| drewmlevitt@gmail.com | MHM@lydeckerdiaz.com |
| Lee D. Sarkin, Esq. | LYDECKER/DIAZ |
| Florida Bar No. 962848 | 1221 Brickell Avenue, 19th Floor |
| Lsarkin@aol.com | Miami, Florida 33131 |
| 4700 N.W. Boca Raton Boulevard | Telephone (305) 416-3180 |
| Suite 302 | Attorneys for Defendant |
| Boca Raton, Florida 33431 | |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | |